JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
JEFFREY W. CHRONISTER, ESQ.
Nevada Bar No. 15194
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR DEFENDANTS*
MUIRFIELD VILLAGE HOMEOWNER'S ASSOCIATION/UNFORGETTABLE COATINGS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
* * *

| | |
|---|---|
| AMERICAN FIRE AND CASUALTY COMPANY, an Ohio corporation<br><br>Plaintiff,<br><br>vs.<br><br>UNFORGETTABLE COATINGS INC, a Nevada Corporation; MUIRFIELD VILLAGE HOMEOWNER'S ASSOCIATION, an Arizona Non-Profit Corporation;<br>Defendants. | CASE No.: 2:21-CV-01555 |

**STIPULATION TO EXTEND THE DATE FOR PLAINTIFF TO FILE IT'S RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF 17)**
**(First Request)**

Plaintiff and Defendants have stipulated and agreed to an eighteen (18) day extension of time from December 17, 2021 to January 5, 2022 for Defendants to file its Response to Plaintiff's Motion for Judgment on the Pleadings (ECF 17) filed on December 3, 2021. Further, Plaintiff will also have an additional eighteen days for its Reply to January 31, 2022. The reasons supporting this stipulation are as follows: Defendants' counsel has been recently traveling out of the state (multi-state) on

depositions, and with the ensuing holidays requires additional time to adequately meet and confer with clients and respond to the Motion. The Defendants desire to provide the Court a complete outline of facts and issues.

This is the first extension of time requested by the Parties related to this Motion, which is made in good faith and not for purposes of delay.

Dated this 17th day of December, 2021.  Dated this 17th day of December, 2021.

/s/ Jerome R. Bowen, Esq.  /s/ Lee H. Gorlin, Esq.
Jerome R. Bowen, Esq.  Amy M. Samberg, Esq
Nevada Bar No. 4540  Nevada Bar No. 10212
Jeffrey W. Chronister, Esq.  Lee H. Gorlin, Esq.
Nevada Bar 15194  Nevada Bar No. 13879
BOWEN LAW OFFICES  **CLYDE & CO LLP**
9960 W. Cheyenne Avenue, Suite 250  3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89129  Las Vegas, NV 89169
Attorney for Defendants  Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated December 20, 2021.

_____
U.S. DISTRICT COURT JUDGE

Page 2 of 2