# EXHIBIT "A"



**Muirfield Village Condos**
**1265 S. Aaron**
**Mesa, AZ**

## Summary Report of Damages Caused by UCI



3655 W. Anthem Way, Ste. A-109 PMB 284, Anthem, AZ 85086
(602) 451-7925 ▪ stevec@d-tectit.com



**Muirfield Village Condos**
**1265 S. Aaron**
**Mesa, AZ**

Date: 8-15-22
**Facts:**
There are 122 buildings at Muirfield Village with wood trim and wood-framed awnings at the entries. The HOA contracted with Unforgettable Coatings, Inc. ("UCI") to paint the wood trim and wood-framed awnings. Unforgettable however, failed to properly and or fully paint the wood trim and/or awnings causing damage to the wood – e.g., the wood split and cracked; and/or fungal growth developed at several locations. See PHOTOS 1-4. The repair for the damage to the wood was to remove the fungal growth and/or to fill the cracks/splits before priming those wood elements and then properly painting them to stop further splitting and/or fungal growth. The damage was to the wood elements, not UCI's own work. The repair was to stop the damage to wood that otherwise would not have been damaged had UCI properly performed the work that it contractually agreed to do. There was nothing wrong with the paint that UCI had applied to some of the wood elements (i.e., UCI's work). The problem/defect was that UCI did not paint some of the wood surfaces at all and that failure caused direct damage to the wood, requiring it to be properly repaired and then painted.

Also, on the exteriors of the 122 buildings are wrought iron railings at the decks/balconies. The HOA contracted with UCI to remove all existing rust/corrosion on those wrought iron railings to stop the damage from corrosion. UCI however, failed to properly remove all such rust/corrosion before painting the wrought iron and as a direct and proximate result, the wrought iron in several locations became further damaged – i.e., continued to rust/corrode. See PHOTO 5. The damage was to the wrought iron elements, not UCI's own work. The repair was to stop the damage to the wrought iron that otherwise would not have been damaged had UCI properly performed the work that it contractually agreed to do by removing all rust and corrosion before painting the wrought iron. The rust/corrosion had to be repaired, not the paint that UCI applied over it to stop further damage.

Prior to Unforgettable Coatings performing its stucco crack repair work at the community there: (1) were thousands of feet of stucco cracks collectively on all 488 wall planes (122 buildings x 4 walls per building). See PHOTOS 6-11. The HOA contracted with UCI to fill those cracks before painting so that the cracks would be less noticeable. UCI, however, did not properly fill the cracks.

Proper crack filling requires the use of either a textured or non-textured stucco crack filler product or a caulking product approved for use to repair stucco cracks, like some siliconized acrylic latex caulking products. UCI did not use a textured or non-textured stucco crack filler product to fill the cracks. UCI also did not use a textured siliconized

Case 2:21-cv-01555-JCM-NJK   Document 28-1   Filed 09/02/22   Page 4 of 18



**Muirfield Village Condos**
**1265 S. Aaron**
**Mesa, AZ**

acrylic latex caulking product. Rather, UCI use a non-textured siliconized acrylic latex caulking product called "White Lightning" to fill the cracks. See PHOTO 12.

When using such a caulking product such as White Lightning, the caulk must be applied into the crack and then blended/sponged/wiped down to: (1) be forced into the crack to fully fill the void that the crack creates in the stucco's surface; and to avoid damaging/altering the existing texture of the stucco on each side of the crack. See PHOTO 13. UCI however, instead, applied the White Lightning caulk over each and every crack and then did not blend the material into the crack or remove the material from each side of the crack by blending/sponging/or wiping it off. The result was a buildup on each side of every crack of the caulking material that: (1) damaged the stucco's texture on each side of the crack; and (2) caused each side of every crack to now be built up or higher than the stucco finish that it was applied over.

To repair the above, the HOA had three (3) choices: (1) re-apply stucco and finish on every wall plane; (2) remove the caulking that UCI applied over every crack, if possible (which it was not without causing more damage); or (3) to apply enough paint to the stucco that UCI did not apply the caulking onto (i.e., the stucco in between all of the cracks) to build the surface of that stucco finish up to match or blend with the caulking build up that UCI's stucco crack repair methodology created on each side of every crack that it attempted to repair. See PHOTO 14.

The HOA elected number 3 above – which was again, to apply enough paint to the stucco that UCI did not repair so that it would be built up enough to blend in with the stucco that UCI damaged by applying a buildup of caulking on each side of every crack that it repaired. This repair was not to UCI's own work. Rather it was to what was beforehand, the undamaged stucco system – i.e., the stucco that UCI did not repair, had to now be altered to make it blend in with the stucco that UCI damaged when performing its improper crack repairs,

Respectfully Submitted by,

*[signature]*

Steve Caldwell, CEI, CSI
Detect It LLC

3655 W. Anthem Way, Ste. A-109 PMB 284, Anthem, AZ 85086
(602) 451-7925 ▪ stevec@d-tectit.com

Page 3 of 17



Muirfield Village Condos
1265 S. Aaron
Mesa, AZ

PHOTO # 1



3655 W. Anthem Way, Ste. A-109 PMB 284, Anthem, AZ 85086
(602) 451-7925 ▪ stevec@d-tectit.com



**Muirfield Village Condos**
**1265 S. Aaron**
**Mesa, AZ**

**PHOTO #2**





**Muirfield Village Condos**
**1265 S. Aaron**
**Mesa, AZ**

## PHOTO #3



3655 W. Anthem Way, Ste. A-109 PMB 284, Anthem, AZ 85086
(602) 451-7925 ▪ stevec@d-tectit.com



**Muirfield Village Condos**
**1265 S. Aaron**
**Mesa, AZ**

## PHOTO #4





**Muirfield Village Condos**
**1265 S. Aaron**
**Mesa, AZ**

## PHOTO #5



3655 W. Anthem Way, Ste. A-109 PMB 284, Anthem, AZ 85086
(602) 451-7925 ▪ stevec@d-tectit.com



**Muirfield Village Condos**
**1265 S. Aaron**
**Mesa, AZ**

## PHOTO #6





Muirfield Village Condos
1265 S. Aaron
Mesa, AZ

PHOTO #7





**Muirfield Village Condos**
**1265 S. Aaron**
**Mesa, AZ**

## PHOTO #8





Muirfield Village Condos
1265 S. Aaron
Mesa, AZ

PHOTO #9





**Muirfield Village Condos**
**1265 S. Aaron**
**Mesa, AZ**

PHOTO #10





**Muirfield Village Condos**
**1265 S. Aaron**
**Mesa, AZ**

## PHOTO #11



3655 W. Anthem Way, Ste. A-109 PMB 284, Anthem, AZ 85086
(602) 451-7925 ▪ stevec@d-tectit.com



Muirfield Village Condos
1265 S. Aaron
Mesa, AZ

PHOTO #12



3655 W. Anthem Way, Ste. A-109 PMB 284, Anthem, AZ 85086
(602) 451-7925 ▪ stevec@d-tectit.com

Page 15 of 17



**Muirfield Village Condos**
**1265 S. Aaron**
**Mesa, AZ**

### PHOTO #13



After filling crack with caulking or elastomeric patch material, use water and sponge float to remove excess caulking from either side of the crack to avoid damaging the stucco texture



**Muirfield Village Condos**
**1265 S. Aaron**
**Mesa, AZ**

**PHOTO #14**



Damaged stucco texture with crack patch by UCI (typical of thousands of repairs)

After layers of primer and paint to build up entire surface to blend the crack patches