JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
JEFFREY W. CHRONISTER, ESQ.
Nevada Bar No. 15194
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191 ✦ Facsimile: (702) 240-5797
Email: twilcox@lvlawfirm.com
*Attorneys for Defendants/Counter-claimants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN FIRE AND CASUALTY COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNFORGETTABLE COATINGS INC, a Nevada corporation; MUIRFIELD VILLAGE HOMEOWNER'S ASSOCIATION, an Arizona Non-Profit corporation.<br><br>Defendants.<br>_____<br>UNFORGETTABLE COATINGS INC, a Nevada corporation; MUIRFIELD VILLAGE HOMEOWNER'S ASSOCIATION, an Arizona Non-Profit corporation<br><br>Counter-claimants<br><br>vs.<br><br>AMERICAN FIRE AND CASUALTY COMPANY, an Ohio corporation, DOES I through X; and ROE CORPORATIONS I through X.<br><br>Counter-Defendants. | Case No.   2:21-cv- 01555-JCM-NJK<br><br><br><br>**STIPULATION AND ORDER TO EXTENDING BRIEFING SCHEDULE REGARDING AMERICAN FIRE AND CASUALTY COMPANY'S SECOND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(c)**<br><br>**(First Request)** |

**STIPULATION AND ORDER TO EXTENDING BRIEFING SCHEDULE REGARDING AMERICAN FIRE AND CASUALTY COMPANY'S SECOND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(c)**

**(First Request)**

The Parties have stipulated to give Defendant an additional fourteen (14) day extension of time to file its Response to American Fire and Casualty Company's Second Motion for Judgment on the Pleading Pursuant to Federal Rule of Civil Procedure 12 (c) (ECF No. 34) in this matter. Furthermore, the parties also have stipulated to Plaintiff shall have an additional fourteen (14) days to file their Reply. The reasons supporting this stipulation are as follows: Defendant's counsel has been traveling out of town conducting out of state meetings and depositions. Defendant's counsel requires additional time to meet and confer with its clients in preparation for its response. The Defendant wishes to provide the Court a complete outline of facts and issues.

The Defendant requests a two (2) week extension of time, up to and including, October 21, 2022, for them to file their Response/Opposition. The Plaintiff also requests an addition two (2) week extension of time, up to and including November 18, 2022, for them to file their Reply. This is the first extension of time requested by the Parties related to this Motion (ECF No. 34).

IT IS STIPULATED AND AGREED by and between the parties that Defendant shall have up to and including October 21, 2022, to file its Response/Opposition to American Fire and Casualty Company's Second Motion for Judgment on the Pleading Pursuant to Federal Rule of Civil Procedure 12(c) (ECF No. 34).

///
///
///
///
///
///

IT IS FURTHER STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including November 18, 2022, to files its Reply.

DATED this 7th day of October, 2022

**BOWEN LAW OFFICES**

/s/ Jerome R. Bowen, Esq.
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Jeffrey W. Chronister, Esq.
Nevada Bar No. 15194
Attorneys for Defendants/Counter-claimants

DATED this 7th day of October, 2022

**CLYDE & CO US LLP**

/s/ Lee H. Gorlin, Esq.
Amy M. Samberg, Esq.
Nevada Bar No. 10212
Lee H. Gorlin, Esq.
Nevada Bar No. 13879
Attorney for American Fire and Casualty Company

**ORDER**

IT IS SO ORDERED.

Dated October 7, 2022.

U.S. DISTRICT JUDGE